IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 22cv0236<br>LEAD CASE |
| v. | | |
| LEGRAND NORTH AMERICA, LLC, | | |
| Defendant. | | |

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 22cv0240<br>MEMBER CASE |
| v. | | |
| PRX PERFORMANCE, INC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 22cv0242<br>MEMBER CASE |
| v. | | |
| FOREST DECOR, LLC, | | |
| Defendant. | | |

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 22cv0249<br>MEMBER CASE |
| v. | | |
| QUINCY BIOSCIENCE, LLC, | | |
| Defendant. | | |

BLAIR DOUGLASS,

        Plaintiff,                              22cv0250
                                                  MEMBER CASE

                v.

LUCKY HEALTH GROUP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0257
                                                  MEMBER CASE

                v.

REPRESENT YOUR WATER INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              22cv0261
                                                  MEMBER CASE

                v.

PERFORMIX LLC,

        Defendant.

BLAIR DOUGLASS,

      Plaintiff,　　　　　　　　　　22cv0262
　　　　　　　　　　　　　　　　　　　　MEMBER CASE
          v.

TRP ACQUISITION, INC.,

      Defendant.

---

BLAIR DOUGLASS,

      Plaintiff,　　　　　　　　　　22cv0263
　　　　　　　　　　　　　　　　　　　　MEMBER CASE
          v.

THREADBEAST, LLC,

      Defendant.

---

BLAIR DOUGLASS,

      Plaintiff,　　　　　　　　　　22cv0264
　　　　　　　　　　　　　　　　　　　　MEMBER CASE
         v.

HARDBODY SUPPLEMENTS, LLC,

      Defendant.

---

BLAIR DOUGLASS,

      Plaintiff,　　　　　　　　　　22cv0268
　　　　　　　　　　　　　　　　　　　　MEMBER CASE
         v.

COVE SMART, LLC,

      Defendant.

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0286<br>MEMBER CASE |
| v. | |
| TERVIS TUMBLER COMPANY, | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0287<br>MEMBER CASE |
| v. | |
| DOS OF ROSES, INC., | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0288<br>MEMBER CASE |
| v. | |
| MASSDROP INC., | |
| Defendant. | |
| BLAIR DOUGLASS, | |
| Plaintiff, | 22cv0289<br>MEMBER CASE |
| v. | |
| ALPHA OES, LLC., | |
| Defendant. | |

BLAIR DOUGLASS,

        Plaintiff,                                22cv0297
                                                MEMBER CASE

            v.

JEWELSCENT, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                                22cv0305
                                                MEMBER CASE

            v.

DIRECT MARKETING VENTURES, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                                22cv0306
                                                MEMBER CASE

            v.

TRUEWERK, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                                22cv0314
                                                MEMBER CASE

            v.

STRIDELINE, LLC.,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                       22cv0315
                                                                MEMBER CASE

        v.

JOAH BROWN, LLC

        Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314, and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3. The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314 and 22-315.

        **SO ORDERED** this 23rd day of February, 2022.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge